IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERVIN & SMITH ADVERTISING AND PUBLIC RELATIONS, INC.,** | ) ) ) | **CASE NO. 8:08CV459** |
| **Plaintiff,** | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| **WILLIAM ERVIN, THOMAS ERVIN, LYNNETTE ROXBURGH, DAVID ZEMUNSKI, and BTM, INC., d/b/a ERVIN GROUP,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Time to File Opposition Brief (Filing No. 30). Plaintiff is requesting an extension until January 12, 2009 to respond to the Defendants' Motion to Dismiss. Plaintiff's counsel represents that the Defendants do not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Extend Time (Filing No. 30) is granted; and

2. The Plaintiff shall respond to the Defendants' Motion to Dismiss (Filing No. 25) by filing its brief in opposition on or before January 12, 2009.

DATED this 5th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge