# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERVIN & SMITH ADVERTISING AND PUBLIC RELATIONS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> WILLIAM ERVIN, THOMAS ERVIN, LYNNETTE ROXBURGH, DAVID ZEMUNSKI, and BTM, INC., d/b/a ERVIN GROUP, <br><br>   Defendants. | Case No. 8:08-cv-459 <br><br> **ORDER** |

This matter is before the Court on the motion of Ervin & Smith Advertising & Public Relations, Inc. for leave to file an amended complaint (Doc. 39). Pursuant to Fed. R. Civ. P. 15(a), and upon the representation that the defendants do not object,

**IT IS ORDERED** that the motion (Doc. 39) is granted. Plaintiff shall file and serve the amended pleading no later than **March 5, 2009.** Opposing parties shall respond within the time allowed by Fed. R. Civ. P. 15.

**DATED February 25, 2009.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**