# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERVIN & SMITH ADVERTISING AND PUBLIC RELATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 8:08cv459 |
| vs. | ) ) | ORDER |
| WILLIAM ERVIN, THOMAS ERVIN, LYNNETTE ROXBURGH, DAVID ZEMUNSKI, and BTM, INC., d/b/a ERVIN GROUP, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Motion for Stay Pending Mediation (#58),

**IT IS ORDERED:**

1. This matter is stayed until **September 30, 2009,** pending the outcome of mediation.

2. No later than **August 14, 2009,** counsel shall file a joint status report advising the court of the identity and address of their chosen mediator.

Dated this 31st day of July 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge