IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERVIN & SMITH ADVERTISING AND PUBLIC RELATIONS, INC.,** | ) ) ) | CASE NO. 8:08CV459 |
| **Plaintiff,** | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| **WILLIAM ERVIN, THOMAS ERVIN, LYNNETTE ROXBURGH, DAVID ZEMUNSKI, and BTM, INC., d/b/a ERVIN GROUP,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the joint motion of Plaintiff Ervin & Smith Advertising and Public Relations, Inc. and Defendant Lynnette Roxburgh to approve settlement and dismiss Roxburgh (Filing No. 64). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved. Further, the Court finds that the parties should bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 64) is approved, and the relief requested therein is granted;

2. Plaintiff's claims against Defendant Lynnette Roxburgh are dismissed with prejudice;

3. The parties will pay their own costs and attorney fees; and

4. The Clerk of the Court is directed to amend the caption in this case by terminating Lynnette Roxburgh as a defendant.

DATED this 1st day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge